# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE CALIFORNIA WINERY WORKERS' PENSION TRUST FUND,<br><br>Plaintiff,<br><br>v.<br><br>GIUMARRA VINEYARDS, et al.,<br><br>Defendants. | Case No. 1:17-cv-00364-AWI-SAB<br><br>ORDER CONTINUING SCHEDULING CONFERENCE TO AUGUST 14, 2017, AT 3:00 P.M. |

On March 13, 2017, a mandatory scheduling conference was set in this action for June 5, 2017. (ECF No. 3.) On May 9, 2017, Plaintiff filed a first amended complaint. (ECF No. 6.) On May 24, 2017, the Court continued the scheduling conference to July 10, 2017. (ECF No. 12.) Due to the filing of the first amended complaint, IT IS HEREBY ORDERED that the scheduling conference set for July 10, 2017, is CONTINUED to August 14, 2017, at 3:00 p.m. in Courtroom 9. The parties shall file a joint scheduling report one week before the new scheduling conference date.

IT IS SO ORDERED.

Dated: **June 27, 2017**

UNITED STATES MAGISTRATE JUDGE

1