# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE CALIFORNIA WINERY WORKERS' PENSION TRUST FUND,<br><br>Plaintiff,<br><br>v.<br><br>GIUMARRA VINEYARDS, et al,<br><br>Defendants. | Case No. 1:17-cv-00364-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO TERMINATE CERTAIN DEFENDANTS PURSUANT TO STIPULATION FOR DISMISSAL<br><br>(ECF No. 38) |

    This action was filed on March 10, 2017. (ECF No. 1.) On July 6, 2018, the parties filed a stipulation dismissing Defendants Arra Sales Corporation; Giumarra & Associates Beverage Company, LLC; Giumarra International Marketing; Giumarra Farms, Inc.; Giumarra Brothers Fruit, LLC; Giumarra Brothers Fruit Co., Inc.; Giumarra Brothers Ranches, LLC; Giumarra International Distributing; Giumarra Properties Corporation; Giumarra Equipment Leasing, LLC; Giumarra International Berry LLC; Giumarra VBM International Berry LLC; Giumarra Agricom International LLC; and Dana Point Marina Corporation with prejudice with each party to bear its own costs and fees.

    In light of the stipulation of the parties, Arra Sales Corporation; Giumarra & Associates Beverage Company, LLC; Giumarra International Marketing; Giumarra Farms, Inc.; Giumarra Brothers Fruit, LLC; Giumarra Brothers Fruit Co., Inc.; Giumarra Brothers Ranches, LLC;

Giumarra International Distributing; Giumarra Properties Corporation; Giumarra Equipment Leasing, LLC; Giumarra International Berry LLC; Giumarra VBM International Berry LLC; Giumarra Agricom International LLC; and Dana Point Marina Corporation have been dismissed with prejudice and without an award of costs or attorneys' fees. Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). This action proceeds against Defendants Giumarra Vineyards Corporation and Giumarra Investments, LLC. The Court reminds Plaintiff and Defendants Giumarra Vineyards Corporation and Giumarra Investments, LLC that their joint pretrial statement is due on or before July 11, 2018.

Accordingly, the Clerk of the Court is HEREBY ORDERED to terminate Defendants Arra Sales Corporation; Giumarra & Associates Beverage Company, LLC; Giumarra International Marketing; Giumarra Farms, Inc.; Giumarra Brothers Fruit, LLC; Giumarra Brothers Fruit Co., Inc.; Giumarra Brothers Ranches, LLC; Giumarra International Distributing; Giumarra Properties Corporation; Giumarra Equipment Leasing, LLC; Giumarra International Berry LLC; Giumarra VBM International Berry LLC; Giumarra Agricom International LLC; and Dana Point Marina Corporation in this action pursuant to the stipulation for dismissal.

IT IS SO ORDERED.

Dated: **July 9, 2018**

UNITED STATES MAGISTRATE JUDGE