# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| THE BOARD OF TRUSTEES OF THE CALIFORNIA WINERY WORKERS' PENSION TRUST FUND,<br><br>Plaintiff,<br><br>v.<br><br>GIUMARRA VINEYARDS, et al,<br><br>Defendants. | Case No. 1:17-cv-00364-SAB<br><br>ORDER DISREGARDING BILL OF COSTS<br><br>(ECF Nos. 68, 69) |
|---|---|

On October 3, 2018, Defendants Giumarra Vineyards and Giumarra Investments LLC filed a bill of costs in this action. (ECF No. 68.) On October 22, 2018, Defendants filed a notice of withdrawal of the bill of costs. Accordingly, the bill of costs and been withdrawn and shall be DISREGARDED.

IT IS SO ORDERED.

Dated: __**October 22, 2018**__

UNITED STATES MAGISTRATE JUDGE

1